IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MARIO ANDJUAN PEEPLES,       )
                             )
            Plaintiff,       )
                             )
vs.                          )    CIVIL ACTION NO. 18-0525-TFM-MU
                             )
ALABAMA POWER CO.,           )
                             )
            Defendant.       )

## **AMENDED REPORT AND RECOMMENDATION**

On December 12, 2018, Plaintiff Mario Andjuan Peeples, proceeding *pro se*, filed

a complaint against Defendant Alabama Power Company. (Doc. 1). In lieu of paying the

requisite filing fee, he filed a Motion to Proceed Without Prepayment of Fees. (Doc. 3).

After reviewing Plaintiff's motion and finding it deficient, the Court denied the motion, but

granted Plaintiff leave to file another completed Motion to Procced Without Prepayment

of Fees on or before March 5, 2019. (Doc. 4). Plaintiff was cautioned that "failure to

comply with this Order within the ordered time … will result in the dismissal of this action

for failure to prosecute and to obey the Court's Order." (*Id*. at p. 4). As of today's date,

Plaintiff has not filed a corrected Motion to Proceed Without Prepayment of Fees nor

has he filed the requisite filing fee.

In light of Plaintiff's failure to comply with the Court's Order by failing to file a

corrected Motion to Proceed Without Prepayment of Fees by March 5, 2019, the

undersigned Magistrate Judge **RECOMMENDS** that Plaintiff's Complaint be

**DISMISSED, without prejudice.**

The Clerk is **DIRECTED** to serve a copy of this order on Plaintiff Mario Andjuan

Peeples, by mail at 7403 Saybrook Boulevard, Mobile, Alabama 36619.

## NOTICE OF RIGHT TO FILE OBJECTIONS

A copy of this report and recommendation shall be served on all parties in the manner provided by law. Any party who objects to this recommendation or anything in it must, within fourteen (14) days of the date of service of this document, file specific written objections with the Clerk of this Court.  *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); S.D. Ala. Gen. LR 72(c). The parties should note that under Eleventh Circuit Rule 3-1, "[a] party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions if the party was informed of the time period for objecting and the consequences on appeal for failing to object. In the absence of a proper objection, however, the court may review on appeal for plain error if necessary in the interests of justice."  11th Cir. R. 3-1.  In order to be specific, an objection must identify the specific finding or recommendation to which objection is made, state the basis for the objection, and specify the place in the Magistrate Judge's report and recommendation where the disputed determination is found. An objection that merely incorporates by reference or refers to the briefing before the Magistrate Judge is not specific.

**DONE** this **30th** day of **April, 2019**.

s/P. BRADLEY MURRAY
**UNITED STATES MAGISTRATE JUDGE**

2